UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| STACI COLE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CITY OF RUPERT, RONNIE LEE DIETZ and, DENISE DIETZ,<br><br>　　　　　Defendants. | Case No. 4:11-cv-00169-BLW<br><br>**ORDER** |

The Court has before it the Parties' Stipulation for Dismissal (Dkt. 5). Good cause appearing, the Court will grant the motion.

### ORDER

**IT IS ORDERED:**

1. The Parties' Stipulation for Dismissal (Dkt. 5) is **GRANTED**, and this case shall be **DISMISSED WITH PREJUDICE**, with each party bearing its own costs and fees.

DATED: **October 25, 2011**

B. LYNN WINMILL
Chief U.S. District Court Judge

ORDER - 1